Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CONNIE J. WHITWORTH           *
                              *
VS.                           *   C.A. NO. 1:10-CV00203
                              *
BAKER HUGHES, INCORPORATED    *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORAL AND VIDEOTAPED DEPOSITION OF

CANDICE ARCENEAUX

TAKEN ON JANUARY 26, 2011

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORAL AND VIDEOTAPED DEPOSITION of CANDICE ARCENEAUX, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 26th day of January, 2011, from 10:07 a.m. to 11:42 a.m., before SYLVIA KERR, CSR, RPR, CRR in and for the State of Texas, reported by machine shorthand, at the Omni Corpus Christi Hotel, 900 N. Shoreline Boulevard, Copano Room, Corpus Christi, Nueces County, Texas, pursuant to the Federal Rules of Civil Procedure.

Stratos Legal Services
800-971-1127


PLAINTIFF'S EXHIBIT B

Candice Arceneaux
January 26, 2011

Page 18

1  resources and report anybody else?
2      A.   Yes, ma'am.
3      Q.   All right.  What other reports have you made
4  to HR while you've worked with Baker Hughes?
5      A.   It was a verbally harassing issue that I had
6  with -- I'm assuming his title was ops coordinator.  He
7  was verbally abusive.
8      Q.   All right.  And where were you working when
9  you had problems with this person?
10     A.   In Beaumont.
11     Q.   Okay.  And you said he was an ops coordinator?
12     A.   I think that's what his title was.
13     Q.   What was his name?
14     A.   Jack Sherman.
15     Q.   And when you say he was verbally abusive, can
16  you describe the nature of the verbal abuse?
17     A.   Just mean, name calling, mean.
18     Q.   What kind of names did he call you?
19     A.   The one that I remember is dumb bitch.
20     Q.   And would he call you things like dumb bitch
21  frequently or occasionally?
22     A.   Frequently.
23     Q.   And as a result of that, your workplace was
24  made uncomfortable; is that fair to say?
25     A.   Yes, ma'am.

Candice Arceneaux
January 26, 2011

Page 19

1  Q.  And who was the district manager at the time
2  that this man was calling you that kind of name?
3  A.  Bruce Stevens.
4  Q.  Did you tell Bruce that this man was calling
5  you that?
6  A.  Yes, ma'am.
7  Q.  Did he do anything about it?
8  A.  No, ma'am.
9  Q.  And as a result of Bruce not doing anything
10 about that, did you have to go to the Baker Hughes' HR?
11 A.  Yes, ma'am.
12 Q.  And do you remember who you reported this
13 abuse to in HR?
14 A.  I don't remember their name.
15 Q.  Was your complaint resolved?
16 A.  Yes, ma'am.
17 Q.  Do you know how it was resolved?
18 A.  He was terminated.
19 Q.  All right.  Did you understand that he was
20 terminated because of the way he had been talking to
21 you?
22 A.  Yes, ma'am.
23 Q.  And did Baker Hughes tell you that this man
24 was being terminated?
25 A.  Yes, ma'am.

Candice Arceneaux
January 26, 2011

Page 20

1  Q.  All right.  In other words, Candy, you're not
2  going to have to worry about this harassment on-the-job
3  anymore because Jack is being terminated?
4  A.  Yes, ma'am.
5  Q.  Likewise, when Bruce Stevens was transferred
6  to Louisiana after making your work environment hostile
7  due to his talk of a sexual nature, did Baker Hughes HR
8  tell you, Candy, we're taking care of the problem, I'm
9  moving him out of here and you can feel good coming
10 back to work because your environment is not going to
11 be hostile anymore?
12 A.  I don't remember HR specifically telling me
13 that, but a manager that was like a stand-in manager
14 until Rodney was brought in had told me that it would
15 be a better work environment.  They had put me on a
16 couple of weeks leave until they figured out what they
17 were going to do with him, and they assured me that
18 everything would be fine when I came back.
19 Q.  All right.  And you went back to work after
20 being on leave because you had been assured that the
21 problem had been taken care of, correct?
22 A.  Yes, ma'am.
23 Q.  And I would assume you didn't want to go back
24 to work until the problem was taken care of, correct?
25 A.  Right.

1  comments that Victor made to Kathy.
2  A. That's -- that's what I know, that Victor had
3  told her that she was living in sin with her
4  ex-husband.
5  Q. And do you remember being told that Victor
6  Carver made the comment that Kathy Alaniz should get a
7  dildo rather than live in sin?
8  A. No, I don't recall that part.
9  Q. And are you telling me that you learned of
10 that comment that Victor Carver made only through
11 Connie?
12 A. Yeah. Yes.
13 Q. You never discussed that with Kathy?
14 A. No.
15 Q. What was Kathy Alaniz's position at the time?
16 A. I guess she was a department admin at that
17 time.
18 Q. When Connie told you that she was having
19 problems with Victor Carver, did you advise her that
20 she needed to have some proof?
21 A. Yes.
22 Q. What did you tell Connie about that?
23 A. I told her that if the verbal harassment was
24 as bad as she said it was, that she needed to get a
25 recorder and record it.