| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CONNIE J. WHITWORTH,  §
§
Plaintiff,  §
§
*versus*  §  CIVIL ACTION NO. 1:10-CV-203
§
BAKER HUGHES, INCORPORATED  §
and BAKER HUGHES OILFIELD  §
OPERATIONS, INC.,  §
§
Defendants.  §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#48), filed December 3, 2011, this action is dismissed with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 8th day of December, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE